UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL S. ENGDAHL,

        Petitioner,

                                                            Case No. 1:08-cv-255

v.

                                                            HONORABLE PAUL L. MALONEY

MARY BERGHUIS,

       Respondent,
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

        The Court has reviewed the Report and Recommendation (Dkt. #12) filed by United States Magistrate Judge Ellen S. Carmody in this action. The Report and Recommendation was duly served on the parties. No objections have been filed.

        ACCORDINGLY, the Report and Recommendation is hereby adopted as the opinion of the Court.

        **THEREFORE, IT IS ORDERED** that the habeas corpus petition (Dkt. #1) is **DISMISSED** for the reasons stated in the Report and Recommendation.

        **IT IS FURTHER ORDERED** that petitioner's motions to stay the proceedings (Dkt. #4) and for extension of the statute of limitations (Dkt. #5) are **DENIED** for the reasons stated in the Report and Recommendation.

        **IT IS FURTHER ORDERED** that the petitioner's motions to stay the proceedings (Dkt. #10) is **DENIED** as moot.

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED.**

**This action is terminated.**

Date:   September 26, 2008               /s/ Paul L. Maloney
                                          Paul L. Maloney
                                          Chief United States District